3/28/2013 I adopt the report and recommendation of the magistrate judge. The action is dismissed. Patti B. Saris

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ENZO RIVERS,
Plaintiff,
v.
SEAN CARTER, et al.,
Defendants.

CIVIL ACTION
NO. 12-10529-PBS

**REPORT AND RECOMMENDATION ON**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

March 11, 2013

DEIN, U.S.M.J.

## I. INTRODUCTION

Plaintiff Enzo Rivers ("Rivers") is a state prisoner currently incarcerated at MCI Norfolk. He has brought a pro se civil rights action under 42 U.S.C. § 1983 in which he alleges that Jean LaHousse ("LaHousse"), the Director of Treatment at MCI Norfolk, used racial epithets on several occasions in 2009, thereby violating his constitutional rights. Rivers also alleges that LaHousse retaliated against him in various ways when he objected to LaHousse's offensive language. In addition to LaHousse, Rivers named Sean Carter, a rapper artist, as a defendant, alleging Carter's use of racial epithets during his speaking tours contributed to LaHousse's employment of the same language.

LaHousse filed a "Motion to Dismiss and/or Summary Judgment" (Docket No. 27), which was considered by the District Judge along with several other motions. As